FILED
ORIGINAL

2018 AUG 27 AM 11: 13

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Rafael Aroyo, Jr.

Plaintiff(s)

v.

A & G Enterprises, LLC, et al

Defendant(s)

CASE NUMBER:

2:18-cv 06338

ADA DISABILITY ACCESS LITIGATION:
APPLICATION FOR STAY
AND EARLY MEDIATION

1. Party (name): Carmen Rosas requests a stay of proceedings and early mediation through the Court's ADR Program

2. The complaint in this case asserts a claim under Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12181-12189.

3. The party filing this Application for Stay and Early Mediation requests that the Court:

   a. Stay these proceedings;

   b. Schedule an early mediation through the Court's ADR Program;

   c. Order Plaintiff to file with the Court and serve on Defendant(s) within fourteen (14) days of the date of the Order granting Application for Stay and Early Mediation a statement that includes the following:

      1) An itemized list of specific conditions on the subject premises that are the basis of the claimed violations of the ADA; and

      2) An itemized list of damages and, for each item, the amount sought.

   d. Order Defendant to file with the Court and serve on Plaintiff(s) at least ten (10) days before the date set for the early mediation any evidence Defendant intends to rely upon to support a claim that the alleged violations have been remedied or that no violation exists.

Date: 8/27/2018

__Carmen Rosas__
Type or Print Name

__[signature]__
Signature of Attorney (or Party without Attorney)

**Opposition to this Application for Stay and Early Mediation
must be filed no later than seven (7) days from the date of service of this
Application for Stay and Early Mediation.**