# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

| | |
|---|---|
| Name of U.S. District Court: | Central District of California |
| U.S. District Court case number: | 2:18-cv-06338-PSG (GJSx) |
| Date case was first filed in U.S. District Court: | 07/23/2018 |
| Date of judgment or order you are appealing: | 08/20/2019 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

RAFAEL ARROYO, JR

Is this a cross-appeal?  ○ Yes   ☉ No

If Yes, what is the first appeal case number? ____

Was there a previous appeal in this case?   ○ Yes   ☉ No

If Yes, what is the prior appeal case number? ____

Your mailing address:

9845 Erma Road, Ste 300

City: San Diego    State: CA    Zip Code: 92131

Prisoner Inmate or A Number (if applicable): ____

**Signature** /s/ Russell Handy    **Date** Aug 20, 2019

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                                Rev. 12/01/2018