# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

RAFAEL ARROYO, JR.

Name(s) of counsel (if any):

Russell Handy;
Dennis Price

Address: 9845 Erma Rd, Suite 300, San Diego, CA 92131

Telephone number(s): 858-375-7385

Email(s): russ@potterhandy.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

CARMEN ROSAS

Name(s) of counsel (if any):

Address: 16502 S. Main St., No. 9, Gardena, CA 90248

Telephone number(s): (310)527-7115

Email(s): josecasinos@gmail.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*