# PROOF OF SERVICE
# ARROYO V. A & G INTERPRISES, LLC
# 2:18-cv-06338-PSG-GJS

I, the undersigned, am over the age of eighteen years. I am not a party to the above-entitled action; my business address is 9845 Erma Road, Suite 300, San Diego, California 92131

On August 20, 2019 I served the following document(s):

**- PLAINTIFF'S NOTICE OF APPEAL & REPRESENTATION STATEMENT**

Addressed to:

> **Carmen Rosas**
> 16502 S. Main St., No. 9
> Gardena, CA 90248

☑ BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.
☐ BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
☐ BY ELECTRONIC MAIL TRANSMISSION: via email. I caused the listed documents to be electronically emailed to the recipient(s).

Executed on August 20, 2019, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

By: _____
Russell Handy

PROOF OF SERVICE