FILED
CLERK, U.S. DISTRICT COURT
06/15/22
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

JS-6

cc: 9thCCA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**Rafael Arroyo, Jr.,**

  Plaintiff,

v.

**A&G Enterprises, LLC,** a California Limited Liability Company; **Carmen Rosas;** and Does 1-10,

  Defendants.

Case: 2:18-CV-06338-PSG-GJS

[proposed] Amended Judgment

  Pursuant to the Court's Order at Docket No. 41, granting, in part, Plaintiff's motion for summary judgment; and the Court's order at Docket No. 62, granting Plaintiff's request for entry of judgment; the Court hereby amends the Judgment previously entered on August 23, 2019.

  It is hereby ordered and adjudged that:

(1) Defendant A&G Interprises is dismissed without prejudice;

(2) Judgment is entered in favor of Plaintiff and against Defendant Carmen Rosas on the Americans with Disabilities Act claim.

(3) Defendant Carmen Rosa is ORDERED to provide compliant accessible parking, sales counters, and merchandise aisles at Gardena Main Plaza Liquor at 16502 S. Main Street, Gardena in conformance with the ADA Accessibility Standards found at 3 6 C.F.R., Part 1191, Appendices B and D.

(4) Judgment is entered in favor of Plaintiff and against Defendant Carmen Rosas on the Unruh Civil Rights Act Claim in the amount of $4,000.

Dated: June 15, 2022     By: _____
                             Hon. Philip S. Gutierrez
                             UNITED STATES DISTRICT JUDGE

*Presented by*:
Isabel Rose Masanque, Esq.
858-375-7385
IsabelM@potterhandy.com
Attorney for Plaintiff

2

[proposed] AMENDED JUDGMENT     Case No.: 2:18-CV-06338-PSG-GJS